**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| HECTOR LISANDRO CABRERA, | ) Case No: 12-23757-GLT |
| | ) |
| Debtor(s). | ) Chapter 13 |
| | ) |
| HECTOR LISANDRO CABRERA, | ) |
| | ) |
| Movant(s), | ) |
| | ) |
| v. | ) |
| | ) Related to Document No.: 104, 105 |
| | ) |
| SPECIALIZED LOAN SERVICING, | ) Hearing Date: 08/15/2018 |
| | ) |
| Respondent. | ) Hearing Time: 9:00 AM |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) Response Deadline: 07/16/2018 |

**CERTIFICATE OF SERVICE OF MOTION FOR APPROVAL OF MORTGAGE MODIFICATION AGREEMENT**
**AND NOTICE SETTING HEARING**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on August 28, 2014. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

Hector Lisandro Cabrera
114 Buttercup Road
Butler, PA 16001

Butler Emergency Physicians Assoc.
P.O. Box 3478
Wescosville, PA 18106-0478

Butler Imaging & Intervention
7 Acee Drive
Natrona Heights, PA 15065

Butler Memorial Hospital
Attn: Billing
One Hospital Way
Butler, PA 16001

Capital Management Services, LP
726 Exchange Street
Suite 700
Buffalo, NY 14210

Citibank NA/Home Depot
CCS Gray Ops Center
P.O. Box 6497
Sioux Falls, SD 57117-6497

David Cabrera
10745 Meadow Crossing Lane
Cornelius, NC 28031

DEUTSCHE BANK NATIONAL TRUST COMPANY
14841 Dallas Parkway, Suite 300
DALLAS, TX 75254

Deutsche Bank National Trust Company et.al.
GMAC Mortgage, LLC
Attn: Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

Elawar Neurology Associates
Suite 006
P.O. Box 1549
Butler, PA 16003

First Niagara
P.O. Box 1237
South Windsor, CT 06074

First Niagara Bank N.A.
6950 South Transit Road
PO Box 514
Lockport NY 14095-0514

GE Capital Retail Bank
Attn: Bankruptcy Department
PO Box 960061
Orlando FL 32896-0661

GE Capital Retail Bank
P.O. Box 960061
Orlando, FL 32896-0061

GECRB/Care Credit
P.O. Box 965036
Orlando, FL 32896-5036

GMAC Mortgage
P.O. Box 4622
Waterloo, IA 50704-4622

GMAC Mortgage/Rescap
1100 Virginia Drive
Fort Washington, PA 19034

Home Depot Credit Services
P.O. Box 689100
Des Moines, IA 50368-9100

Kathryn A. Ryan, D.O.
101 Alwine Rd
Saxonburg, PA 16056

Mecklenburg County Tax Collector
P.O. Box 31637
Charlotte NC 28231-1637

National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125

Panther Physical Therapy
Northgate Plaza 15
Route 19 North
Harmony, PA 16037

PNC Bank
P.O. Box 5570
Cleveland, OH 44101-0570

PNC BANK
PO BOX 94982
CLEVELAND, OHIO 44101

PNC Bank
P.O. Box 500 /K-A16-2J
Portage, MI 49081

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541

Quantum Servicing Corp.
Omni National Bank
Multibank 2009-1 RES-ADC Venture LLC
730 NW 107th Ave., Ste. 310
Miami, FL 33172

Residential Credit Solutions
P.O. Box 163229
Fort Worth, Texas 76161-3229

Sears/Citibank
P.O. Box 6282
Sioux Falls, SD 57117-6282

Sears/Citibank CBNA
8725 W. Sahara Ave.
The Lakes, NV 89163-0001

Specialized Loan Servicing LLC
8742 Lucent Blvd Suite 300
Highlands Ranch, CO 80129

Suntrust
P.O. Box 85526
Richmond, VA 23285-5526

SunTrust Bank
Attn. Support Services
P.O. Box 85092
Richmond, VA 23286

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Christopher A. DeNardo**
**LeeAne O. Huggins**
**Residential Credit Solutions, Inc.**
pabk@logs.com

**Daniel JT McKenna**
**Deutsche Bank National Trust Company**
**Specialized Loan Servicing LLC**
mckennad@ballardspahr.com

**Thomas R. Dominczyk**
**Residential Credit Solutions**
tdominczyk@mauricewutscher.com

**Alan C. Hochheiser**
**Residential Credit Solutions**
ahochheiser@mauricewutscher.com

**Emily M. Spanovich**
**Multibank 2009-1 RES-ADC Venture, LLC**
espanovich@schnader.com

**James P. Valecko**
**PNC Bank**
jvalecko@weltman.com

Executed on: August 28, 2014


  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dailaw@earthlink.net