**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| HECTOR LISANDRO CABRERA, | ) Case No: 12-23757-GLT |
| | ) |
| Debtor(s). | ) Chapter 13 |
| | ) |
| HECTOR LISANDRO CABRERA, | ) |
| | ) |
| Movant(s), | ) |
| | ) |
| v. | ) |
| | ) Related to Document No.: 104 |
| | ) |
| SPECIALIZED LOAN SERVICING, | ) Hearing Date: 08/15/2018 |
| | ) |
| Respondent. | ) Hearing Time: 9:00 AM |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) Response Deadline: 07/16/2018 |

**CERTIFICATE OF NO OBJECTION REGARDING OBJECTION TO CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Approval of Mortgage Modification Agreement filed on June 29, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Approval of Mortgage Modification Agreement appears thereon. Pursuant to the Notice of Hearing, objections to the Application for Approval of Mortgage Modification Agreement were to be filed and served no later than July 16, 2018.

It is hereby respectfully requested that the Order attached to the Application for Approval of Mortgage Modification Agreement be entered by the Court.

July 17, 2018

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtor
254 New Castle Road, Suite B
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dai@dairosenblumbankruptcy.com