FILED
7/17/18 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| HECTOR LISANDRO CABRERA, ) | Case No: 12-23757-GLT |
| ) | |
| Debtor(s). ) | Chapter 13 |
| ) | |
| HECTOR LISANDRO CABRERA, ) | |
| ) | |
| Movant(s), ) | |
| ) | |
| v. ) | |
| ) | Related to Docket No. 104 |
| ) | |
| SPECIALIZED LOAN SERVICING, ) | Hearing Date: 08/15/2018 |
| ) | |
| Respondent. ) | Hearing Time: 9:00 AM |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | Response Deadline: 07/16/2018 |

## ORDER GRANTING MOTION TO APROVE MORTGAGE MODIFICATION AGREEMENT

**AND NOW**, this 17th Day of July, 2018 ___ , on consideration of the Debtors' Motion to Approve Mortgage Modification Agreement, with good cause shown,

It is hereby **ORDERED, ADJUDGED and DECREED** that the request to grant the Movant's Motion for Approval of the Mortgage Modification Agreement with Specialized Loan Servicing, LLC, in its entirety as attached to the Motion, is **GRANTED**.

**It is further Ordered** that the Mortgage Modification Agreement as attached to the Motion is approved in its entirety, with the following provisions of such to be incorporated as applicable into an Amended Chapter 13 Plan:

a. New Principal Balance: $101,573.10.

b. New Maturity Date: April 1, 2035.

c. New Principal & Interest Monthly Payment: $401.13.

d. New term: 480 months.

e. Capitalized Arrearage: -$0-.

f. New Interest Rate: 3.625%.

g. Balloon payment: $75,551.38.

**It is further Ordered** that Debtors' Counsel shall file an amended Chapter 13 Plan, incorporating the terms of this mortgage modification agreement within 14 days of this Order.

**It is further Ordered** that Debtor's Counsel waives the $1,000.00 "no-look" fee for services related to this mortgage modification.

**It is further Ordered** that Specialized Loan Servicing, LLC shall amend their Proof of Claim incorporating the changes as listed in the Mortgage Modification Agreement within 90 days of this Order.

Judge Gregory L. Taddonio
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-23757-GLT
Hector Lisandro Cabrera                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut              Page 1 of 1            Date Rcvd: Jul 17, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
db          +Hector Lisandro Cabrera,   114 Buttercup Road,   Butler, PA 16001-2802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:
              Alan C. Hochheiser    on behalf of Defendant    Residential Credit Solutions
               ahochheiser@mauricewutscher.com
              Christopher A. DeNardo    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer
               for Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               pabk@logs.com
              Dai Rosenblum    on behalf of Debtor Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai Rosenblum    on behalf of Plaintiff Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Daniel JT McKenna    on behalf of Defendant    Specialized Loan Servicing LLC
               mckennad@ballardspahr.com
              Daniel JT McKenna    on behalf of Defendant    Deutsche Bank National Trust Company
               mckennad@ballardspahr.com
              Daniel JT McKenna    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               mckennad@ballardspahr.com
              Emily M. Spanovich    on behalf of Creditor    Multibank 2009-1 RES-ADC Venture, LLC
               espanovich@schnader.com
              James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    PNC Bank jvalecko@weltman.com, PitEcf@weltman.com
              Keri P. Ebeck    on behalf of Defendant    PNC Bank kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              LeeAne O. Huggins    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer for
               Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas R. Dominczyk    on behalf of Defendant    Residential Credit Solutions
               tdominczyk@mauricewutscher.com
                                                                                              TOTAL: 15