**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 12-23757-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Hector Lisandro Cabrera
114 Buttercup Road
Butler PA 16001

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/19/2018.

Name and Address of Alleged Transferor(s):

Claim No. 6: Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/22/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Hector Lisandro Cabrera
     Debtor

Case No. 12-23757-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: mgut　　　Page 1 of 1　　　Date Rcvd: Jul 20, 2018
　　　　　　　　　　　　　Form ID: trc　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.
14167924       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:
     Alan C. Hochheiser    on behalf of Defendant    Residential Credit Solutions
      ahochheiser@mauricewutscher.com
     Christopher A. DeNardo    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer
      for Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
      pabk@logs.com
     Dai Rosenblum    on behalf of Debtor Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
      pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
     Dai Rosenblum    on behalf of Plaintiff Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
      pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
     Daniel JT McKenna    on behalf of Defendant    Specialized Loan Servicing LLC
      mckennad@ballardspahr.com
     Daniel JT McKenna    on behalf of Defendant    Deutsche Bank National Trust Company
      mckennad@ballardspahr.com
     Daniel JT McKenna    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
      mckennad@ballardspahr.com
     Emily M. Spanovich    on behalf of Creditor    Multibank 2009-1 RES-ADC Venture, LLC
      espanovich@schnader.com
     James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
      Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
      bkgroup@kmllawgroup.com
     James P. Valecko    on behalf of Creditor    PNC Bank jvalecko@weltman.com, PitEcf@weltman.com
     Keri P. Ebeck    on behalf of Defendant    PNC Bank kebeck@bernsteinlaw.com,
      DMcKay@bernsteinlaw.com
     LeeAne O. Huggins    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer for
      Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
      pabk@logs.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     Thomas R. Dominczyk    on behalf of Defendant    Residential Credit Solutions
      tdominczyk@mauricewutscher.com
                                                                                                  TOTAL: 15