FILED
8/9/18 10:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 12-23757GLT |
| Hector Lisandro Cabrera | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | Related to Docket No. 117 |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| Vs. | ) | |
| Hector Lisandro Cabrera | ) | |
| | ) | |
| Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on February 8, 2018 (document #73) is hereby WITHDRAWN.  Therefore, the hearing scheduled for August 22, 2018, is hereby cancelled.

Respectfully submitted

8/07/18                    /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
August 09, 2018

drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-23757-GLT
Hector Lisandro Cabrera                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Aug 09, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2018.
db          +Hector Lisandro Cabrera,    114 Buttercup Road,    Butler, PA 16001-2802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2018 at the address(es) listed below:
              Alan C. Hochheiser     on behalf of Defendant    Residential Credit Solutions
               ahochheiser@mauricewutscher.com
              Christopher A. DeNardo    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer
               for Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               pabk@logs.com
              Dai Rosenblum     on behalf of Debtor Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai Rosenblum     on behalf of Plaintiff Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Daniel JT McKenna    on behalf of Defendant    Specialized Loan Servicing LLC
               mckennad@ballardspahr.com
              Daniel JT McKenna    on behalf of Defendant    Deutsche Bank National Trust Company
               mckennad@ballardspahr.com
              Daniel JT McKenna    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               mckennad@ballardspahr.com
              Emily M. Spanovich    on behalf of Creditor    Multibank 2009-1 RES-ADC Venture, LLC
               espanovich@schnader.com
              James Warmbrodt     on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    PNC Bank jvalecko@weltman.com, PitEcf@weltman.com
              Keri P. Ebeck    on behalf of Defendant    PNC Bank kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              LeeAne O. Huggins    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer for
               Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas R. Dominczyk    on behalf of Defendant    Residential Credit Solutions
               tdominczyk@mauricewutscher.com
                                                                                               TOTAL: 15