Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Hector Lisandro Cabrera** | : | Case No. 12–23757–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 121 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/7/18 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 29th of August, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 121 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before October 15, 2018*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *November 7, 2018 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-23757-GLT
Hector Lisandro Cabrera                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dbas              Page 1 of 2         Date Rcvd: Aug 29, 2018
                             Form ID: 604            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
```
db          +Hector Lisandro Cabrera,    114 Buttercup Road,    Butler, PA 16001-2802
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
              DALLAS, TX 75254-7883
cr           Residential Credit Solutions,    P O Box 163229,    Fort Worth, TX  76161-3229
cr          +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
13433558     Butler Emergency Physicians Assoc.,    P.O. Box 3478,    Wescosville, PA 18106-0478
13433559    +Butler Imaging & Intervention,    7 Acee Drive,    Natrona Heights, PA 15065-9700
13433560    +Butler Memorial Hospital,    Attn: Billing,    One Hospital Way,    Butler, PA 16001-4697
13433562     Citibank NA/Home Depot,    CCS Gray Ops Center,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14903536    +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13504313    +Deutsche Bank National Trust Company et.al.,    GMAC Mortgage, LLC,    Attn: Bankruptcy Dept.,
              1100 Virginia Drive,    Fort Washington, PA 19034-3277
13433564    +Elawar Neurology Associates,    Suite 006,    P.O. Box 1549,    Butler, PA 16003-1549
13433568     GMAC Mortgage,    P.O. Box 4622,    Waterloo, IA 50704-4622
13433570     Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50368-9100
13433571    +Kathryn A. Ryan, D.O.,    101 Alwine Rd,    Saxonburg, PA 16056-8604
13436430    +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13433573     PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
13433574    +PNC Bank,    P.O. Box 500 /K-A16-2J,    Portage, MI 49081-0500
13433572     Panther Physical Therapy,    Northgate Plaza 15,    Route 19 North,    Harmony, PA 16037
13433575    +Quantum Servicing Corp.,    Omni National Bank,    Multibank 2009-1 RES-ADC Venture LLC,
              730 NW 107th Ave., Ste. 310,    Miami, FL 33172-3109
13700061     Residential Credit Solutions,    P.O. Box 163229,    Fort Worth, Texas 76161-3229
13433576     Sears/Citibank,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13433577     Sears/Citibank CBNA,    8725 W. Sahara Ave.,    The Lakes, NV 89163-0001
14167924    +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
14883297    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
13437683    +SunTrust Bank,    Attn. Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
13433578     Suntrust,    P.O. Box 85526,    Richmond, VA 23285-5526
13575781     eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 02:47:34
              PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13433561    +E-mail/Text: cms-bk@cms-collect.com Aug 30 2018 02:52:08      Capital Management Services, LP,
              726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
13467946     E-mail/Text: fnb.bk@fnfg.com Aug 30 2018 02:53:45      First Niagara Bank N.A.,
              6950 South Transit Road,    PO Box 514,    Lockport NY  14095-0514
13445532     E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 02:48:11      GE Capital Retail Bank,
              Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13433566     E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 02:48:11      GE Capital Retail Bank,
              P.O. Box 960061,    Orlando, FL 32896-0061
13433567     E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 02:47:23      GECRB/Care Credit,
              P.O. Box 965036,    Orlando, FL 32896-5036
13433569    +E-mail/Text: ally@ebn.phinsolutions.com Aug 30 2018 02:51:41      GMAC Mortgage/Rescap,
              1100 Virginia Drive,    Fort Washington, PA 19034-3276
13524983     E-mail/Text: taxbk@mecklenburgcountync.gov Aug 30 2018 02:53:31
              Mecklenburg County Tax Collector,    P.O. Box 31637,    Charlotte NC 28231-1637
13518927    +E-mail/Text: bknotice@ncmllc.com Aug 30 2018 02:53:29      National Capital Management, LLC.,
              8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13583358     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 03:01:40
              Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13506758     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 02:49:14
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Multibank 2009-1 RES-ADC Venture, LLC
cr           PNC Bank
cr           Residential Credit Solutions, Inc., as servicer fo
cr           Specialized Loan Servicing LLC, as servicer for De
cr*         +Deutsche Bank National Trust Company,    14841 Dallas Parkway, Suite 300,
              Dallas, TX 75254-7883
cr*         +Deutsche Bank National Trust Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr*         +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
              MEMPHIS, TN 38125-1741
cr*         +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
```

```
District/off: 0315-2           User: dbas                 Page 2 of 2            Date Rcvd: Aug 29, 2018
                               Form ID: 604               Total Noticed: 38

13433563      ##+David Cabrera,    10745 Meadow Crossing Lane,    Cornelius, NC 28031-7409
13433565      ##+First Niagara,    P.O. Box 1237,    South Windsor, CT 06074-7237
                                                                                        TOTALS: 4, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
              Alan C. Hochheiser    on behalf of Defendant    Residential Credit Solutions
               ahochheiser@mauricewutscher.com
              Christopher A. DeNardo    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer
               for Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               pabk@logs.com
              Dai   Rosenblum    on behalf of Debtor Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai   Rosenblum    on behalf of Plaintiff Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Daniel JT McKenna    on behalf of Defendant    Deutsche Bank National Trust Company
               mckennad@ballardspahr.com
              Daniel JT McKenna    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               mckennad@ballardspahr.com
              Daniel JT McKenna    on behalf of Defendant    Specialized Loan Servicing LLC
               mckennad@ballardspahr.com
              Emily M. Spanovich    on behalf of Creditor    Multibank 2009-1 RES-ADC Venture, LLC
               espanovich@schnader.com
              James  Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    PNC Bank jvalecko@weltman.com,    PitEcf@weltman.com
              Keri P. Ebeck    on behalf of Defendant    PNC Bank kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              LeeAne O. Huggins    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer for
               Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas R. Dominczyk    on behalf of Defendant    Residential Credit Solutions
               tdominczyk@mauricewutscher.com
                                                                                               TOTAL: 15
```