**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> HECTOR LISANDRO CABRERA <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:12-23757 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 28, 2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/29/2012 and confirmed on 9/19/12 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 43,852.05 |
| Less Refunds to Debtor | 2,702.15 | |
| TOTAL AMOUNT OF PLAN FUND | | 41,149.90 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,274.50 | |
|    Trustee Fee | 1,634.27 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,908.77 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO | 27,670.60 | 27,670.60 | 0.00 | 27,670.60 |
|     Acct: 9057 | | | | |
|   PNC BANK NA | 2,064.18 | 2,064.18 | 0.00 | 2,064.18 |
|     Acct: 5948 | | | | |
|   QUANTUM SERVICING CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1125 | | | | |
|   SPECIALIZED LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9057 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO | 495.12 | 495.12 | 0.00 | 495.12 |
|     Acct: 9057 | | | | |
|   FIRST NIAGARA BANK | 1,798.59 | 1,798.59 | 212.64 | 2,011.23 |
|     Acct: 6644 | | | | |
| | | | | 32,241.13 |
| **Priority** | | | | |
|   DAI ROSENBLUM ESQ | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HECTOR LISANDRO CABRERA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HECTOR LISANDRO CABRERA | 2,702.15 | 2,702.15 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAI ROSENBLUM ESQ | 4,574.50 | 4,574.50 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX3-18 | | | | |
|   MECKLENBURG COUNTY (NC) TAX COLL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0707 | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   BUTLER EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 41MC | | | | |
|   BUTLER IMAGING & INTERVENTION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7486 | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 19,346.30 | 0.00 | 0.00 | 0.00 |

12-23757                                                                                                                                                                              Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 7804 | | | | |
| | ELAWAR NEUROLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3725 | | | | |
| | ECAST SETTLEMENT CORP | 445.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 6226 | | | | |
| | KATHRYN RYAN DO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1002 | | | | |
| | PANTHER PHYSICAL THERAPY | 237.32 | 0.00 | 0.00 | 0.00 |
| | Acct: 1829 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 2,903.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 2271 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - | 163.26 | 0.00 | 0.00 | 0.00 |
| | Acct: 1388 | | | | |
| | SUNTRUST BANK** | 26,050.57 | 0.00 | 0.00 | 0.00 |
| | Acct: 0346 | | | | |
| | PNC BANK NA | 3,000.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5948 | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                                                                 32,241.13

| TOTAL | |
|---|---|
| CLAIMED | 0.00 |
| PRIORITY | 32,028.49 |
| SECURED | 52.146.66 |

Date: 08/28/2018                                                          /s/ Ronda J. Winnecour

                                                                                             RONDA J WINNECOUR PA ID #30399
                                                                                            CHAPTER 13 TRUSTEE WD PA
                                                                                            600 GRANT STREET
                                                                                            SUITE 3250 US STEEL TWR
                                                                                            PITTSBURGH, PA  15219
                                                                                            (412) 471-5566
                                                                                            cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    HECTOR LISANDRO CABRERA<br><br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:12-23757<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                        BY THE COURT:

                                                                        _____
                                                                        U.S. BANKRUPTCY JUDGE

```
                              United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 12-23757-GLT
Hector Lisandro Cabrera                                                 Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 2                  Date Rcvd: Aug 29, 2018
                              Form ID: pdf900             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db            +Hector Lisandro Cabrera,    114 Buttercup Road,    Butler, PA 16001-2802
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                DALLAS, TX 75254-7883
cr             Residential Credit Solutions,    P O Box 163229,    Fort Worth, TX   76161-3229
cr            +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,     Dallas, TX 75254-8067
13433558       Butler Emergency Physicians Assoc.,    P.O. Box 3478,    Wescosville, PA 18106-0478
13433559      +Butler Imaging & Intervention,    7 Acee Drive,    Natrona Heights, PA 15065-9700
13433560      +Butler Memorial Hospital,   Attn: Billing,    One Hospital Way,    Butler, PA 16001-4697
13433562       Citibank NA/Home Depot,    CCS Gray Ops Center,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14903536      +Deutsche Bank National Trust Co. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13504313      +Deutsche Bank National Trust Company et.al.,     GMAC Mortgage, LLC,    Attn: Bankruptcy Dept.,
                1100 Virginia Drive,    Fort Washington, PA 19034-3277
13433564      +Elawar Neurology Associates,    Suite 006,    P.O. Box 1549,    Butler, PA 16003-1549
13433568       GMAC Mortgage,    P.O. Box 4622,    Waterloo, IA 50704-4622
13433570       Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50368-9100
13433571      +Kathryn A. Ryan, D.O.,    101 Alwine Rd,    Saxonburg, PA 16056-8604
13436430      +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13433573       PNC Bank,   P.O. Box 5570,    Cleveland, OH 44101-0570
13433574      +PNC Bank,   P.O. Box 500 /K-A16-2J,    Portage, MI 49081-0500
13433572       Panther Physical Therapy,    Northgate Plaza 15,    Route 19 North,    Harmony, PA 16037
13433575      +Quantum Servicing Corp.,    Omni National Bank,    Multibank 2009-1 RES-ADC Venture LLC,
                730 NW 107th Ave., Ste. 310,    Miami, FL 33172-3109
13700061       Residential Credit Solutions,    P.O. Box 163229,    Fort Worth, Texas 76161-3229
13433576       Sears/Citibank,   P.O. Box 6282,    Sioux Falls, SD 57117-6282
13433577       Sears/Citibank CBNA,    8725 W. Sahara Ave.,    The Lakes, NV 89163-0001
14167924      +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
14883297      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
13437683      +SunTrust Bank,    Attn. Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
13433578       Suntrust,   P.O. Box 85526,    Richmond, VA 23285-5526
13575781       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 02:48:21
                PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13433561      +E-mail/Text: cms-bk@cms-collect.com Aug 30 2018 02:52:08     Capital Management Services, LP,
                726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
13467946       E-mail/Text: fnb.bk@fnfg.com Aug 30 2018 02:53:45     First Niagara Bank N.A.,
                6950 South Transit Road,    PO Box 514,    Lockport NY 14095-0514
13445532       E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 02:49:00     GE Capital Retail Bank,
                Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13433566       E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 02:47:19     GE Capital Retail Bank,
                P.O. Box 960061,    Orlando, FL 32896-0061
13433567       E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2018 02:47:19     GECRB/Care Credit,
                P.O. Box 965036,    Orlando, FL 32896-5036
13433569      +E-mail/Text: ally@ebn.phinsolutions.com Aug 30 2018 02:51:41     GMAC Mortgage/Rescap,
                1100 Virginia Drive,    Fort Washington, PA 19034-3276
13524983       E-mail/Text: taxbk@mecklenburgcountync.gov Aug 30 2018 02:53:31
                Mecklenburg County Tax Collector,    P.O. Box 31637,    Charlotte NC 28231-1637
13518927      +E-mail/Text: bknotice@ncmllc.com Aug 30 2018 02:53:29     National Capital Management, LLC.,
                8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13583358       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 03:01:39
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13506758       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 02:47:33
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr            Multibank 2009-1 RES-ADC Venture, LLC
cr            PNC Bank
cr            Residential Credit Solutions, Inc., as servicer fo
cr            Specialized Loan Servicing LLC, as servicer for De
cr*          +Deutsche Bank National Trust Company,    14841 Dallas Parkway, Suite 300,
                Dallas, TX 75254-7883
cr*          +Deutsche Bank National Trust Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr*          +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                MEMPHIS, TN 38125-1741
cr*          +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
```

```
District/off: 0315-2          User: dbas              Page 2 of 2           Date Rcvd: Aug 29, 2018
                              Form ID: pdf900         Total Noticed: 38

13433563      ##+David Cabrera,    10745 Meadow Crossing Lane,    Cornelius, NC 28031-7409
13433565      ##+First Niagara,    P.O. Box 1237,   South Windsor, CT 06074-7237
                                                                             TOTALS: 4, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Alan C. Hochheiser    on behalf of Defendant    Residential Credit Solutions
               ahochheiser@mauricewutscher.com
              Christopher A. DeNardo    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer
               for Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               pabk@logs.com
              Dai  Rosenblum    on behalf of Debtor Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai  Rosenblum    on behalf of Plaintiff Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Daniel JT McKenna    on behalf of Defendant    Deutsche Bank National Trust Company
               mckennad@ballardspahr.com
              Daniel JT McKenna    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               mckennad@ballardspahr.com
              Daniel JT McKenna    on behalf of Defendant    Specialized Loan Servicing LLC
               mckennad@ballardspahr.com
              Emily M. Spanovich    on behalf of Creditor    Multibank 2009-1 RES-ADC Venture, LLC
               espanovich@schnader.com
              James  Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    PNC Bank jvalecko@weltman.com,    PitEcf@weltman.com
              Keri P. Ebeck    on behalf of Defendant    PNC Bank kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              LeeAne O. Huggins    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer for
               Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas R. Dominczyk    on behalf of Defendant    Residential Credit Solutions
               tdominczyk@mauricewutscher.com
                                                                                             TOTAL: 15
```