**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)**

| | |
|---|---|
| In Re: | Case No. 12-23757 |
| HECTOR LISANDRO CABRERA, | Chapter 13 |
| Debtor(s). | |

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

COMES NOW, Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2 ("Creditor"), by its attorney, and hereby withdraws its Transfer of Claim Other than for Security (Docket No. 110), filed on July 19, 2018, in the above-referenced bankruptcy proceeding. The Transfer of Claim Other than for Security was filed in error.

**PLEASE TAKE FURTHER NOTICE** all Notices and Payments on the above-referenced claim should be directed to:

| **Notices to be sent to:** | **Payments to be sent to:** |
|---|---|
| Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| 8742 Lucent Blvd, Suite 300 | PO Box 636007 |
| Highlands Ranch, CO 80129 | Littleton, CO 80163 |

DATED: October 11, 2018

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Phone: (303) 539 8600
Email: lisac@w-legal.com

## CERTIFICATE OF SERVICE

       I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 on October 11, 2018, a true and correct copy the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular, first-class mail to the parties listed below:

Debtor(s) via First-Class Mail
Hector Lisandro Cabrera
114 Buttercup Road
Butler, PA 16001

Debtor(s) Counsel via First-Class Mail
Dai Rosenblum
254 New Castle Road Suite B
Butler, PA 16001-2529

Trustee via First-Class Mail
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee via First-Class Mail
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

/s/ Nikole Montufar
Nikole Montufar
Legal Assistant to Lisa Cancanon