FILED
10/12/18 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In Re: | Case No. 12-23757 |
| HECTOR LISANDRO CABRERA, | Chapter 13 |
| Debtor(s). | Related to Docket No. 126 |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

COMES NOW, Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2 ("Creditor"), by its attorney, and hereby withdraws its Transfer of Claim Other than for Security (Docket No. 110), filed on July 19, 2018, in the above-referenced bankruptcy proceeding. The Transfer of Claim Other than for Security was filed in error.

**PLEASE TAKE FURTHER NOTICE** all Notices and Payments on the above-referenced claim should be directed to:

| Notices to be sent to: | Payments to be sent to: |
|---|---|
| Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| 8742 Lucent Blvd, Suite 300 | PO Box 636007 |
| Highlands Ranch, CO 80129 | Littleton, CO 80163 |

DATED: October 11, 2018

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Phone: (303) 539 8600
Email: lisac@w-legal.com

SO ORDERED
October 12, 2018

drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 12-23757-GLT
Hector Lisandro Cabrera                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Oct 12, 2018
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db             +Hector Lisandro Cabrera,    114 Buttercup Road,    Butler, PA 16001-2802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
        Alan C. Hochheiser    on behalf of Defendant    Residential Credit Solutions
         ahochheiser@mauricewutscher.com
        Christopher A. DeNardo    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer
        for Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
        pabk@logs.com
        Dai  Rosenblum    on behalf of Plaintiff Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
        pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
        Dai  Rosenblum    on behalf of Debtor Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
        pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
        Daniel JT McKenna    on behalf of Defendant    Deutsche Bank National Trust Company
        mckennad@ballardspahr.com
        Daniel JT McKenna    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
        mckennad@ballardspahr.com
        Daniel JT McKenna    on behalf of Defendant    Specialized Loan Servicing LLC
        mckennad@ballardspahr.com
        Emily M. Spanovich    on behalf of Creditor    Multibank 2009-1 RES-ADC Venture, LLC
        espanovich@schnader.com
        James  Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
        Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
        bkgroup@kmllawgroup.com
        James P. Valecko    on behalf of Creditor    PNC Bank jvalecko@weltman.com,  PitEcf@weltman.com
        Keri P. Ebeck    on behalf of Defendant    PNC Bank kebeck@bernsteinlaw.com,
        DMcKay@bernsteinlaw.com
        LeeAne O. Huggins    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer for
        Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
        pabk@logs.com
        Lisa  Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for Deutsche
        Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2 lisac@w-legal.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Thomas R. Dominczyk    on behalf of Defendant    Residential Credit Solutions
        tdominczyk@mauricewutscher.com
                                                                                                                                      TOTAL: 16