| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Hector Lisandro Cabrera** | Social Security number or ITIN  **xxx−xx−6611** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **12−23757−GLT** | | |

# Order of Discharge                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Hector Lisandro Cabrera

10/16/18                                                    **By the court:**    Gregory L. Taddonio
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                               **Chapter 13 Discharge**                               page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-23757-GLT
Hector Lisandro Cabrera                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 2                Date Rcvd: Oct 16, 2018
                              Form ID: 3180W          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
```
db              +Hector Lisandro Cabrera,    114 Buttercup Road,    Butler, PA 16001-2802
cr              +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                  DALLAS, TX 75254-7883
cr              +Deutsche Bank National Trust Company,    14841 Dallas Parkway, Ste 425,    Dallas, TX 75254-8067
cr               Residential Credit Solutions,    P O Box 163229,    Fort Worth, TX  76161-3229
cr              +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
13433558         Butler Emergency Physicians Assoc.,    P.O. Box 3478,    Wescosville, PA 18106-0478
13433559        +Butler Imaging & Intervention,    7 Acee Drive,    Natrona Heights, PA 15065-9700
13433560        +Butler Memorial Hospital,    Attn:  Billing,    One Hospital Way,    Butler, PA 16001-4697
13504313        +Deutsche Bank National Trust Company et.al.,    GMAC Mortgage, LLC,    Attn: Bankruptcy Dept.,
                  1100 Virginia Drive,    Fort Washington, PA 19034-3277
13433564        +Elawar Neurology Associates,    Suite 006,    P.O. Box 1549,    Butler, PA 16003-1549
13433568         GMAC Mortgage,    P.O. Box 4622,    Waterloo, IA 50704-4622
13433570         Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50368-9100
13433571        +Kathryn A. Ryan, D.O.,    101 Alwine Rd,    Saxonburg, PA 16056-8604
13436430        +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13433573         PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
13433574        +PNC Bank,    P.O. Box 500 /K-A16-2J,    Portage, MI 49081-0500
13433572         Panther Physical Therapy,    Northgate Plaza 15,    Route 19 North,    Harmony, PA 16037
13433575        +Quantum Servicing Corp.,    Omni National Bank,    Multibank 2009-1 RES-ADC Venture LLC,
                  730 NW 107th Ave., Ste. 310,    Miami, FL 33172-3109
13700061         Residential Credit Solutions,    P.O. Box 163229,    Fort Worth, Texas 76161-3229
14167924        +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
14883297        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:26:54     Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
cr              +EDI: PRA.COM Oct 17 2018 06:13:00      PRA Receivables Management, LLC,    PO Box 41067,
                  Norfolk, VA 23541-1067
13433561        +E-mail/Text: cms-bk@cms-collect.com Oct 17 2018 02:26:32      Capital Management Services, LP,
                  726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
13433562         EDI: CITICORP.COM Oct 17 2018 06:13:00      Citibank NA/Home Depot,    CCS Gray Ops Center,
                  P.O. Box 6497,    Sioux Falls, SD 57117-6497
13467946         E-mail/Text: fnb.bk@fnfg.com Oct 17 2018 02:27:23      First Niagara Bank N.A.,
                  6950 South Transit Road,    PO Box 514,    Lockport NY  14095-0514
13445532         EDI: RMSC.COM Oct 17 2018 06:13:00      GE Capital Retail Bank,    Attn: Bankruptcy Department,
                  PO Box 960061,    Orlando FL 32896-0661
13433566         EDI: RMSC.COM Oct 17 2018 06:13:00      GE Capital Retail Bank,    P.O. Box 960061,
                  Orlando, FL 32896-0061
13433567         EDI: RMSC.COM Oct 17 2018 06:13:00      GECRB/Care Credit,    P.O. Box 965036,
                  Orlando, FL 32896-5036
13433569        +EDI: GMACFS.COM Oct 17 2018 06:13:00      GMAC Mortgage/Rescap,    1100 Virginia Drive,
                  Fort Washington, PA 19034-3276
13524983         E-mail/Text: taxbk@mecklenburgcountync.gov Oct 17 2018 02:27:16
                  Mecklenburg County Tax Collector,    P.O. Box 31637,    Charlotte NC 28231-1637
13518927        +E-mail/Text: bknotice@ncmllc.com Oct 17 2018 02:27:14     National Capital Management, LLC.,
                  8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13583358         EDI: PRA.COM Oct 17 2018 06:13:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541
13506758         EDI: PRA.COM Oct 17 2018 06:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
13433576         EDI: SEARS.COM Oct 17 2018 06:13:00      Sears/Citibank,    P.O. Box 6282,
                  Sioux Falls, SD 57117-6282
13433577         EDI: SEARS.COM Oct 17 2018 06:13:00      Sears/Citibank CBNA,    8725 W. Sahara Ave.,
                  The Lakes, NV 89163-0001
13437683        +EDI: STF1.COM Oct 17 2018 06:13:00      SunTrust Bank,    Attn. Support Services,
                  P.O. Box 85092,    Richmond, VA 23286-0001
13433578         EDI: STF1.COM Oct 17 2018 06:13:00      Suntrust,    P.O. Box 85526,    Richmond, VA 23285-5526
13575781         EDI: ECAST.COM Oct 17 2018 06:13:00      eCAST Settlement Corporation,    POB 29262,
                  New York, NY 10087-9262
                                                                                                TOTAL: 18
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Multibank 2009-1 RES-ADC Venture, LLC
cr               PNC Bank
cr               Residential Credit Solutions, Inc., as servicer fo
cr               Specialized Loan Servicing LLC, as servicer for De
```

```
District/off: 0315-2           User: amaz                  Page 2 of 2                   Date Rcvd: Oct 16, 2018
                               Form ID: 3180W              Total Noticed: 39

cr*          +Deutsche Bank National Trust Company,   14841 Dallas Parkway, Suite 300,
               Dallas, TX 75254-7883
cr*          +Deutsche Bank National Trust Company,   14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr*          +National Capital Management, LLC,    8245 Tournament Drive,   Suite 230,
               MEMPHIS, TN 38125-1741
cr*          +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14903536*    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
13433563    ##+David Cabrera,    10745 Meadow Crossing Lane,    Cornelius, NC 28031-7409
13433565    ##+First Niagara,    P.O. Box 1237,   South Windsor, CT 06074-7237
                                                                                          TOTALS: 4, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
```
              Alan C. Hochheiser    on behalf of Defendant    Residential Credit Solutions
               ahochheiser@mauricewutscher.com
              Christopher A. DeNardo    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer
               for Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               pabk@logs.com
              Dai  Rosenblum    on behalf of Debtor Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai  Rosenblum    on behalf of Plaintiff Hector Lisandro Cabrera Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Daniel JT McKenna    on behalf of Defendant    Deutsche Bank National Trust Company
               mckennad@ballardspahr.com
              Daniel JT McKenna    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               mckennad@ballardspahr.com
              Daniel JT McKenna    on behalf of Defendant    Specialized Loan Servicing LLC
               mckennad@ballardspahr.com
              Emily M. Spanovich    on behalf of Creditor    Multibank 2009-1 RES-ADC Venture, LLC
               espanovich@schnader.com
              James  Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    PNC Bank jvalecko@weltman.com,   PitEcf@weltman.com
              Keri P. Ebeck    on behalf of Defendant    PNC Bank kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              LeeAne O. Huggins    on behalf of Creditor    Residential Credit Solutions, Inc., as servicer for
               Deutsche Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2
               pabk@logs.com
              Lisa  Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for Deutsche
               Bank National Trust Company as Indenture Trustee for MortgageIT Trust 2005-2 lisac@w-legal.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas R. Dominczyk    on behalf of Defendant    Residential Credit Solutions
               tdominczyk@mauricewutscher.com
                                                                                              TOTAL: 16
```